UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUSALLI FACTORY FOR GOLD & JEWELLRY CO., :
:
                                 Plaintiff,    :    Case No. 2:06-cv-0082-(AKH)
:
:
              -against-    :    **NOTICE OF MOTION**
:   **TO COMPEL**
:
NEW YORK FINANCIAL LLC and :
AMIR F. BOKTOR, :
:
                              Defendants.   :
------------------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the attached Declaration of John F. Lauro and the accompanying Memorandum of Law, plaintiff Musalli Factory for Gold & Jewellry Co. will move this Court, before the Honorable Alvin K. Hellerstein, United States District Court Judge, for the Southern District of New York, at the Courthouse located at 500 Pearl Street, Courtroom 14D, New York, New York 10007, on October 22, 2009, or at any time thereafter set by the Court, for an Order to Release Funds Held in Escrow.

     PLEASE TAKE FURTHER NOTICE pursuant to Local Rule 6.1 that responsive papers, if any, are to be served in accordance with the Local Rules within 10 business days of the return date of this motion, and that oral argument, if any, will be scheduled by the Court.

Dated:      October 29, 2009
              New York, New York

                                   Respectfully Submitted,

                                   **LAURO LAW FIRM**

                                      /s/John F. Lauro
                                 John F. Lauro, Esq. (NY Bar JL-2635)
                                 101 East Kennedy Boulevard
                                 Bank of America Plaza- Suite 3100
                                 Tampa, Florida 33602
                                 P: 813 222 8990 / F: 813 222 8991

1540 Broadway, Suite 1604<br>
New York, NY 10036<br>
P: 646 746 8659 / F: 646 746 8653<br>
E-mail: jlauro@laurolawfirm.com<br>
*Attorneys for Musalli Factory For Gold & Jewellry Co.*

TO (via ECF):

Barry I. Slotnick, Esq.
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue, 23rd Floor
New York, NY  10018-1669
E:  barry.slotnick@bipc.com

*Attorney for New York Financial, LLC, and Amir F. Boktor*

(via E-Mail and U.S. Mail):

Augustine Diji, Esq.
110 Wall Street, 11th Floor
New York, New York 10005
E:  Dijilaw@aol.com